UNITED STATES DISTRICT COURT FOR VERMONT

UVM STUDENTS FOR JUSTICE IN PALESTINE

v.

UNIVERSITY OF VERMONT, et al

Index No. 2:24-CV-978

Judge: Sessions

## NOTICE OF APPEAL

Tomas Zavalidroga, Appellant, third party Appellant, private state Attorney General, and interested party, hereby appeals to the U.S. Court of Appeals, 2nd Circuit, from each and every part of an Order in this action, dated December 20, 2024, granting defendant's Motion to Dismiss.

Dated: Jan. 17, 2025

Tomas Zavalidroga

AFFIDAVIT OF SERVICE

S.S.

Case Index No. 2:24-CV-978

Tomas Zavalidroga, the under signed, hereby attests that on Jan. 17, 2025, I sent by first class mail, true copies of Appellant's Notice of Appeal of this action, to the individuals listed below:

John Franco, 110 Main St., Suite —, Burlington, VT 05401

Kendall Hoechst, Dinse, 209 Battery St, Burlington, VT 05401

Signed: Jan. 17, 2025

Tomas Zavalidroga

T. Zavaldroga
300 Seminary Ave.
Manchester, VT 05254

BURLINGTON VT 054
17 JAN 2025 PM 1 L

U.S. District court for Vermont, clerk
P.O. Box 945
Burlington, VT 05402-0945